# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TROY D. WADE                                           CIVIL ACTION

VERSUS

JOSEPH LAMARTINIERE, ET AL.                    NO. 18-00828-BAJ-EWD

## RULING

This matter comes before the Court in connection with the Court's Order dated April 1, 2019 denying the Plaintiff authorization to proceed *in forma pauperis* in this case and directing him to pay, within twenty-one days, the full amount of the Court's filing fee. (Doc. 9).

Pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that the Plaintiff was not authorized to proceed *in forma pauperis* herein, denied the Plaintiff's Motion to Proceed *In Forma Pauperis*, and ordered him to pay, within twenty-one days, the full amount of the Court's filing fee. (Doc. 9). The Plaintiff was placed on notice that a failure to comply with the Court's Order "shall result in the dismissal of the Plaintiff's action without further notice from the Court." (*Id.*)

In accordance with 28 U.S.C. § 1915, a prisoner filing a civil action or appeal in federal court may be granted *in forma pauperis* status but is, nonetheless, required to pay the full amount of the Court's filing fee over time in incremental installments. However, such incremental payments are not allowed and *pauper* status shall be denied where the prisoner has filed, on at least three prior occasions while

incarcerated, actions or appeals that have been dismissed as legally baseless. Specifically,

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

In the instant case, the Plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal courts that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1]

Accordingly, pursuant to 28 U.S.C. § 1915(g), the Court denied the Plaintiff's motion to proceed *in forma pauperis* and directed him to pay the full amount of the Court's filing fee within twenty-one days. A review of the record by the Court reflects that Plaintiff has failed to pay the filing fee as ordered.

---

[1] Cases or appeals filed by Plaintiff while incarcerated that have been dismissed by the federal courts as frivolous or for failure to state a claim include, but are not limited to, *Troy D. Wade v. Burl Cain, et al.*, Civil Action No. 10-0575-FJP-SCR (M.D. La.), *Troy D. Wade v. Bonnie Jackson, et al.*, Civil Action No. 14-0542-JWD-RLB (M.D. La.), and *Troy D. Wade v. Darrel Vannoy, et al.*, Civil Action No. 16-0360-JWD-RLB (M.D. La.).

Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the Court's filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 23rd day of July, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**